# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                    **PLAINTIFF**

v.                                   **No. 3:20-cv-259-DPM-JTK**

**MOSES JACKSON, Warden, NCU;**
**DEXTER PAYNE, Director, ADC;**
**FOSTER, Corporal C Shift, NCU;**
**REVERA, Corporal, NCU;   and**
**ETHAN PORTOR, Sergeant, NCU**                  **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 20*, adopted.   FED. R.
CIV. P. 72(b) (1983 addition to advisory committee notes).   Defendants'
motion to dismiss, *Doc. 15*, partly granted and partly denied. Everett's
official capacity claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 November 2020