IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                          PLAINTIFF

v.                          No. 3:20-cv-259-DPM-JTK

MOSES JACKSON, Warden, NCU;
DEXTER PAYNE, Director, ADC;
FOSTER, Corporal C Shift, NCU;
REVERA, Corporal, NCU;   and
ETHAN PORTOR, Sergeant, NCU                              DEFENDANTS

### ORDER

Unopposed partial recommendation, *Doc. 32*, adopted.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Defendants' motion for summary judgment, *Doc. 27*, is granted.   Jackson and Payne are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
30 March 2021