# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT,                                                               PLAINTIFF

v.                                          3:20CV00259-DPM-JTK

MOSES JACKSON, et al.                                                             DEFENDANTS

## ORDER

On November 3, 2021, Defendants Foster, Rivera, and Porter filed a Motion for Sanctions asking the Court to dismiss Plaintiff's claims because he failed to appear at his deposition. (Doc. No. 56). To date, Plaintiff has filed no response. If Plaintiff wishes to respond to Defendants' Motion, he is directed to do so within fifteen (15) days of the date of this Order. Plaintiff's failure to respond may result in the Court recommending Plaintiff's claims against Defendants be dismissed without having considered any fact or argument Plaintiff wishes to present.

IT IS SO ORDERED this 22nd day of November, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE