# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                                **PLAINTIFF**

v.                             No. 3:20-cv-259-DPM

**MOSES JACKSON, Warden, NCU;**
**DEXTER PAYNE, Director, ADC;**
**FOSTER, Corporal C Shift, NCU;**
**REVERA, Corporal, NCU; and**
**ETHAN PORTOR, Sergeant, NCU**                                       **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 59*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jackson's motion for sanctions, *Doc. 56*, is granted. Everett's amended complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2022