IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                    **PLAINTIFF**

v.                         No. 3:20-cv-259-DPM

**MOSES JACKSON, Warden, NCU;
DEXTER PAYNE, Director, ADC;
FOSTER, Corporal C Shift, NCU;
REVERA, Corporal, NCU;  and
ETHAN PORTOR, Sergeant, NCU**                  **DEFENDANTS**

**JUDGMENT**

Everett's amended complaint is dismissed without prejudice.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

20 January 2022