IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                          PLAINTIFF

v.                          No. 3:20-cv-259-DPM

MOSES JACKSON, Warden, NCU;
DEXTER PAYNE, Director, ADC;
FOSTER, Corporal C Shift, NCU;
REVERA, Corporal, NCU; and
ETHAN PORTOR, Sergeant, NCU                                 DEFENDANTS

### ORDER

Everett's motion for leave to appeal *in forma pauperis*, Doc. 67, is denied. This Court certified that an *in forma pauperis* appeal would not be taken in good faith. *Doc. 61*; 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022